The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| YULIYA BULANOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>Defendant. | NO. 2:18-cv-00408-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## I. STIPULATION

Plaintiff Yuliya Bulanov ("Bulanov") and Defendant Cavalry Portfolio Services, LLC ("Cavalry"), by and through their undersigned counsel of record, hereby stipulate and agree that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned matter, including all claims asserted therein, shall be dismissed with prejudice and without an award of attorneys' fees or costs to any party.

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
No. 2:18-cv-00408-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

RESPECTFULLY SUBMITTED this 3rd day of July, 2018.

**MARCUS & ZELMAN, LLC**

By /s/ *Yitzchak Zelman [email authorization]*
Yitzchak Zelman, *pro hac vice*
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
Tel: (732) 695-3282
yzelman@marcuszelman.com

**BRUBAKER LAW GROUP, PLLC**
Michael C. Brubaker, WSBA #49804
11925 110th Ave. NE
Kirkland, WA 98034
Tel: (206) 335-8746
michael@brubakerlawgroup.com

*Attorneys for Plaintiff*

**SAVITT BRUCE & WILLEY LLP**

By /s/ *Stephen C. Willey*
Stephen C. Willey, WSBA #24499
1425 Fourth Avenue, Suite 800
Seattle, WA 98101
Tel: (206) 749-0500
swilley@sbwllp.com

*Attorneys for Defendant*

## II.   ORDER

Based on the foregoing stipulation by the named parties, all of whom have appeared, and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned matter, including all claims asserted therein, is hereby dismissed with prejudice and without attorneys' fees, litigation expenses, or costs to any party.

It is so **ORDERED**.

Dated: _July 5_, 2018.

_____
The Honorable James L. Robart

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
No. 2:18-cv-00408-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 3rd day of July, 2018.

*Gabriella Sanders*
Gabriella Sanders

CERTIFICATE OF SERVICE
No. 2:18-cv-00408-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500